IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00659-ZLW-MJW

JOLENE ARAGON,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS;
PIKES PEAK RURAL TRANSPORTATION AUTHORITY;
COLORADO DEPARTMENT OF TRANSPORTATION;
FORD MOTOR COMPANY;
AVIS BUDGET CAR RENTAL LLC, a subsidiary of Avis Budget Car Rental, a Delaware corporation; and
DOES 1 and 2,

    Defendants.

---

## ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 31st day of March, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court