**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00659-CMA-MJW

JOLENE ARAGON,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS,
COLORADO DEPARTMENT OF TRANSPORTATION,
FORD MOTOR COMPANY,
AVIS BUDGET CAR RENTAL LLC, a subsidiary of Avis Budget Car Rental,
    a Delaware corporation, and
DOES 1 and 2,

     Defendants.
_____

**ORDER GRANTING DEPARTMENT OF TRANSPORTATION'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
_____

THIS MATTER is before the Court on Defendant Colorado Department of

Transportation's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. # 19),

filed May 3, 2010, and Plaintiff's Confession of Motion and Notice of Dismissal of Claims

Against Colorado Department of Transportation (Doc. # 25), filed May 18, 2010.  The

Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that Defendant Colorado Department of Transportation's Motion to

Dismiss for Lack of Subject Matter Jurisdiction is GRANTED.  It is

FURTHER ORDERED that all of Plaintiff's claims against Defendant Colorado Department of Transportation are DISMISSED WITH PREJUDICE, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). It is

FURTHER ORDERED that each party to pay his, her or its own costs and attorneys' fees. It is

FURTHER ORDERED that the caption shall be amended accordingly.

DATED: September 2, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court