IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00659-CMA-MJW

JOLENE ARAGON,

Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,
COLORADO DEPARTMENT OF TRANSPORTATION,
FORD MOTOR COMPANY,
AVIS BUDGET CAR RENTAL, LLC, a subsidiary of Avis Budget Car Rental, and
DOES 1 and 2,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 38) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 38-1) is APPROVED as amended in paragraphs 14 and 19 and made an Order of Court.

It is FURTHER ORDERED that the parties shall use the proper case number on all future filings with the court. The correct case number is 10-cv-00659-CMA-MJW and not 10-cv-659-CMA-MJW.

Date: September 17, 2010