**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00659-CMA-MJW

JOLENE ARAGON,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
FORD MOTOR COMPANY,
AVIS BUDGET CAR RENTAL LLC, a subsidiary of Avis Budget Car Rental,
   a Delaware corporation, and
DOES 1 and 2,

    Defendants.

---

**ORDER DISMISSING CLAIMS AGAINST FORD MOTOR COMPANY
AND BUDGET RENT A CAR**

---

This matter is before the Court on the parties' Motion To Dismiss Ford and Budget Rent A Car (Improperly Captioned as Avis Budget Car Rental LLC) With Prejudice (Doc. # 43). The Court has reviewed the Motion and, good cause having been shown, hereby ORDERS as follows:

The Motion is GRANTED. The claims asserted by Plaintiff against Ford Motor Company and Budget Rent A Car are hereby DISMISSED WITH PREJUDICE. Such dismissal with prejudice shall not affect the claims filed by Plaintiff against the remaining Defendants in this action. Each of the parties shall bear her or its own attorneys' fees

and costs incurred in connection with the claims against Ford Motor Company and Budget Rent A Car.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Ford Motor Company and Budget Rent A Car (Improperly Captioned as Avis Budget Car Rental LLC) as Defendants in this case.

DATED:  November  05 , 2010

BY THE COURT:

*Christine M. Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge