## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-659-CMA-MJW

JOLENE ARAGON,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS,
FORD MOTOR COMPANY, and AVIS BUDGET CAR RENTAL LLC,
a subsidiary of AVIS BUDGET CAR RENTAL, a Delaware corporation
and DOES 1 and 2,

     Defendants.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO JOIN DEFENDANT PIKES PEAK RURAL TRANSPORTATION AUTHORITY PURSUANT TO F.R.C.P. RULE 19
( Docket No 48 )

THIS MATTER is before the Court upon the unopposed Motion of the Plaintiff

pursuant to Federal Rule of Civil Procedure 19(a) to join Pikes Peak Rural

Transportation Authority as a party and to amend the complaint to delete Does 1 and 2

as party defendants.

THIS COURT having reviewed the motion and being advised in the premises,

grants the motion. The amended complaint as filed at docket number ~~47 is permitted~~ (47-1) is Filed As of The Date of This Order.

Dated this 20Th day of December, 2010.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO