### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 10-cv-00659-CMA-MJW

JOLENE ARAGON,

    Plaintiff,

v.

PIKES PEAK RURAL TRANSPORTATION AUTHORITY,

    Defendant.

## ORDER OF DISMISSAL OF CASE WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A) and the Stipulated Motion to Dismiss (Doc. # 54) signed by the attorneys for the parties hereto it is

ORDERED that Defendant Pikes Peak Rural Transportation Authority is Dismissed With Prejudice from this action, each party to pay her or its own attorneys' fees and costs.  The Court notes that Defendant PPRTA is the single remaining Defendant in this action.  Therefore, it is

FURTHER ORDERED that this matter is hereby DISMISSED WITH PREJUDICE in its entirety.  It is

FURTHER ORDERED that the Scheduling Conference, set before Magistrate Judge Watanabe on February 28, 2011, is VACATED, as well as all other deadlines and hearings.

DATED: February  25 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge